BEFORE THE FIRST DIVISION, OCTOBER 28, 1959

No. 63463.—Chester K. Stoner *v.* United States, protests 306930–K, etc. (Laredo).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of carrizo baskets the same in all material respects as those the subject of *Chester K. Stoner* v. *United States* (42 Cust. Ct. 178, C.D. 2083), the claim of the plaintiff was sustained.

No. 63464.—Mexican Products Co. *v.* United States, protests 315326–K, etc. (Laredo).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of carrizo baskets the same in all material respects as those the subject of *Chester K. Stoner* v. *United States* (42 Cust. Ct. 178, C. D. 2083), the claim of the plaintiff was sustained.

No. 63465.—Inter-Maritime Fdg. Co., Inc. *v.* United States, protest 59/1671 (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of headboards similar in all material respects to those the subject of Abstract 61224, the claim of the plaintiff was sustained.

No. 63466.—Charles H. Demarest, Inc. *v.* United States, protest 284431–K (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of kleenex dispener covers similar in all material respects to those the subject of *Quon Quon Company* v. *United States* (41 Cust. Ct. 178, C.D. 2038), the claim of the plaintiff was sustained.

No. 63467.—The American Import Co. et al. *v.* United States, protests 321531–K, etc. (San Francisco).